IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK WILLIAMSON,
Petitioner,
vs.
STEVE SISOLAK, IN AN OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF NEVADA,
Respondent.

No. 81673

FILED

OCT 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S.Young___
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges the Governor's March 12, 2020, Declaration of Emergency for Covid-19. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Erik Williamson
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

20-37927